456 A.2d 985

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Jeffrey MAYS, Appellant.**

Supreme Court of Pennsylvania.

Submitted Jan. 27, 1983.

Decided March 16, 1983.

F. Emmet Ciccone, Philadelphia (Court-appointed), for appellant.

Robert B. Lawler, Chief, Appeals Div., Alan J. Sacks, Asst. Dist. Attys., for appellee.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

## ORDER

PER CURIAM.

The judgment of sentence of the Court of Common Pleas of Philadelphia is affirmed.